IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 09-298 |
| LARRY BASS, JR. | : | |

## ORDER

AND NOW, this 28th day of June, 2010, it is hereby ORDERED that defendant Larry Bass's Post-Trial Motion For Judgment of Acquittal on Count Seven and Conditional Ruling on a Motion for a New Trial on Count Seven Pursuant to Federal Rule of Criminal Procedure 29 (Doc. 73, 83) is DENIED.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\09-298 Bass, US v\Bass 09-298 - Order re Rule 29 Motion.wpd